FILED

16 JUL 27 PM 3:17

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| BENJAMIN SCOTT MINER, | CASE NO. 15cv2764-WQH-RBB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| J. PIETER SIKKEL; ALLIANCE ONE RECEIVABLES MANAGEMENT INCORPORATED, | |
| Defendant. | |

HAYES, Judge:

On June 24, 2016, the Court issued an Order which stated:

This Order constitutes notice to Plaintiff that the Court will dismiss this action in its entirety without prejudice on July 25, 2016 unless, no later than that date, Plaintiff files either (1) proof that service of the summons and Complaint was timely effectuated or (2) a declaration under penalty of perjury showing good cause for failure to timely effect service upon the Defendant accompanied by a motion for leave to serve process outside of the 120 day period.

(ECF No. 5 at 2). The docket reflects that no response to the June 24, 2016 Order has been filed.

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: 7/27/16

_____
WILLIAM Q. HAYES
United States District Judge